IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARK ANTHONY BRAMLETT, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:09-CV-044-CDL |
| JONATHAN MEMMO, et al., | * |
| Defendants. | * |

## ORDER ON RECOMMENDATIONS OF DISMISSAL
## BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Court approves the Recommendation of Dismissal as to Defendants Jonathan Memmo, James Price, Sarah Lee, Sergeant Ricky Stinson, Agent Ellerbee, and Agent Loyless ("Columbus Defendants"), issued by the Magistrate Judge on July 24, 2009. The July 24, 2009 Recommendation is hereby approved, adopted, and made Order of the Court. The objections of the Plaintiff have been considered and are found to be without merit.

The Court finds that the reasons set forth in the July 24, 2009 Recommendation as to the Columbus Defendants apply with equal force to Plaintiff's claims against the Columbus Ledger-Enquirer and Unknown Employees (collectively, "the Ledger"). Specifically, the Court concludes that, pretermitting the question whether the Ledger should be considered a state actor such that Plaintiff may state a 42 U.S.C. § 1983 claim against it, Plaintiff's claims against the Ledger are untimely for the same reasons his claims against the Columbus

Defendants are untimely. For these reasons, the Recommendation of Dismissal as to the Ledger Defendants filed by the United States Magistrate Judge on April 29, 2009 is hereby modified to grant dismissal as to the Ledger for the reasons set forth in the July 24, 2009 Recommendation granting dismissal as to the Columbus Defendants. The claims are dismissed as untimely.

    IT IS SO ORDERED, this 5th day of August, 2009.

                                            S/Clay D. Land
                                                CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE